

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00320-CR |
| STEVEN CHAVEZ SR., | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN HABEAS CORPUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for lack of jurisdiction. We therefore dismiss the appeal for lack of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF AUGUST 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox, and Soto, JJ.